**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Demond Levar JOHNSON,**
**Defendant–Appellant.**

No. 14–11450
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 30, 2015.

Lennard B. Register, III, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL,

---

Stephen M. Kunz, Assistant U.S. Attorney, U.S. Attorney's Office, Tallahassee, FL, Gayle Littleton, Pamela C. Marsh, U.S. Attorney's Office, Panama City, FL, for Plaintiff–Appellee.

Brett Meltzer, Law Office of Brett Meltzer, Windermere, FL, for Defendant–Appellant.

Before MARCUS, WILLIAM PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Brett Meltzer, appointed counsel for Desmond Johnson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Johnson's conviction and sentence are **AFFIRMED**.